IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HALEY HAMILTON                                                                                          PLAINTIFF

v.                                          NO. 3:15-cv-00117 PSH

CAROLYN W. COLVIN, Acting Commissioner                                          DEFENDANT
of the Social Security Administration

ORDER

Plaintiff Haley Hamilton ("Hamilton") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Document 23. In the motion, she seeks fees and expenses totaling $3,850.72. The Acting Commissioner of the Social Security Administration has no objection to the amount of fees and expenses requested by Hamilton.

The Court has reviewed Hamilton's motion and finds nothing unreasonable about the hours of work performed, the hourly rate requested, or the amount of expenses requested. The motion is granted, and fees and expenses totaling $3,850.72 are awarded to Hamilton. Because the award belongs to Hamilton, and not her attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury

shall issue payment of this award by check made payable to Hamilton, in care of her attorney, Anthony W. Bartels ("Bartels"), and shall mail the check to Bartels at his Jonesboro, Arkansas, address.

    IT IS SO ORDERED this 12th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE