# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HALEY HAMILTON                                                                                    PLAINTIFF

v.                                       NO. 3:15-cv-00117 PSH

CAROLYN W. COLVIN, Acting Commissioner                                    DEFENDANT
of the Social Security Administration

## JUDGMENT

The ALJ's decision in the above-captioned matter is reversed. This case is remanded to the Acting Commissioner of the Social Security Administration pursuant to sentence four of 42 U.S.C. 405(g) for the purpose of conducting further administrative proceedings consistent with the Order remanding this case.

IT IS SO ORDERED this 3rd day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE